UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ITM REALTY, LLC | ) |
| | ) |
|       **Plaintiff** | ) |
| | ) |
| vs. | )   **Civil Action No.**_____ |
| | ) |
| LIBERTY MUTUAL INSURANCE COMPANY, | ) |
| | ) |
|       **Defendant.** | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

NOW COMES the Plaintiff, ITM Realty, LLC, by and through undersigned counsel, and Complains against the Defendant as follows:

**THE PARTIES**

1. Plaintiff, ITM REALTY, LLC (hereinafter referred to as "Plaintiff") is a limited liability company formed in accordance with the laws of the State of Maine, with a place of of business located in the Town of Newport, County of Penobscot, State of Maine.

2. Defendant Liberty Mutual Insurance Company (hereinafter referred to as "Defendant Liberty Mutual"), is a company that issues insurance policies throughout the United States and is licensed to issue insurance in the State of Maine.

3. This case involves a dispute between the insured and its insurance company arising out of a freeze-up and water damage loss in Newport, Maine and the insurance

company's failure to timely and appropriately adjust the claim for Plaintiff, as well as the insurance company's failure to provide benefits pursuant to its insurance contract with Plaintiff.

## JURISDICTIONAL STATEMENT

4. This Court has original jurisdiction over all claims herein pursuant to 28 U.S.C. Section 1332 because Plaintiff is a place of business in the of the State of Maine and is organized and existing under the laws of the State of Maine with a principal place of business therein. The Registered Agent of ITM Realty, LLC is Joshua A. Tardy at 84 Harlow Street in Bangor, Maine, he is the managing member and a resident of Newport, Maine. Theodore H. Irwin, Jr. is a member and is a resident of Falmouth, Maine. Robert M. Morris is a member and is a resident of South Portland, Maine. The Defendant is an insurance corporation organized and existing under the laws of the state of Massachusetts with a principal place of business located at 175 Berkley Street, Boston, Massachusetts, and the matter in controversy exceeds the sum of $75,000.00.

## VENUE

5. Venue is proper with this Court pursuant to 28 U.S.C. Section 1391(a) and Rule 3(b) of the rules of the United States District Court for the District of Maine in that Plaintiff is a place of business incorporated under the laws of the State of Maine and conducts business in Maine, and all aspects of the acts at issue occurred in Penobscot County, State of Maine.

## JURY DEMAND

6. Plaintiff demands a jury trial on all relevant issues of fact.

## STATEMENT OF FACTS

7. At all times relevant hereto, Plaintiff owned real property located at 161 Main Street in Newport, Maine (hereinafter referred to as "the property"), and rented said property to others.

8. At all times relevant hereto Plaintiff's property was insured pursuant to a businessowners insurance policy with Defendant, who did issue and sell said insurance product to Plaintiff, specifically Policy Number BZ(18) 57 03 21 40 (hereinafter referred to as "the policy").

9. At all times relevant hereto Plaintiff's property was encumbered by a mortgage with Peoples United Bank d/b/a Merrill Bank, and that lender was identified as the "mortgage holder" on the Policy issued by Defendant.

10. On or about January 24, 2018, the property sustained severe water damage.

11. Plaintiff timely reported the loss to Defendant or its employees and agents.

12. Defendant assigned an adjuster to investigate the loss.

13. On February 16, 2018, Defendant denied the entirety of Plaintiff's claim for insurance proceeds pursuant to the Policy.

## COUNT I
### (Declaratory Judgment)

14. Plaintiff realleges the allegations set forth in paragraphs 1-13 above as if fully set forth herein.

15. Pursuant to the Maine Declaratory Judgment Act, 14 M.R.S. §§ 5951-5963, Plaintiff is entitled to and seeks herein a judgment against Defendant, finding and declaring that Plaintiff's losses arising from the water damage occurring on or around January 24, 2018, are covered and payable pursuant to the Policy and that Defendant's denial of its claim is wrongful and in breach of Defendant's contractual obligations to Plaintiff.

WHEREFORE, Plaintiff requests that the Court enter its judgment declaring that the Plaintiff's losses of January 24, 2018 are covered and payable pursuant to the Policy and for such other relief as the Court deems just and proper.

## COUNT II
### (Breach of Contract)

16. Plaintiff realleges the allegations contained in paragraphs 1-13 above as if fully set forth herein.

17. Defendant had an insurance contract with Plaintiff.

18. Defendant failed to make payment to Plaintiff pursuant to the contract and thereby materially breached that contract, causing damages to Plaintiff.

WHEREFORE, Plaintiff demands judgment against Defendant, in an amount to reasonably and fairly compensate Plaintiff for all damages, plus attorney's fees, costs, and interest and such other damages as this Court may deem just.

## COUNT III
### (Unfair Claims Settlement Practices, 24-A M.R.S.A. §2436-A)

19. Plaintiff realleges the allegations contained in paragraphs 1-13 above as if set forth fully herein.

20. Defendant failed, without just cause, to effectuate prompt, fair, and equitable settlement of the Plaintiff's claim on which liability is reasonably clear.

21. Plaintiff has been damaged as a result of the unfair claims settlement practices of Defendant, which are in violation of 24-A M.R.S. §2463-A.

WHEREFORE, Plaintiff demands judgment against Defendant in an amount to reasonably and fairly compensate Plaintiff for all damages, plus attorney's fees, costs, and interest, pursuant to 24-A M.R.S. §2436-A, and such other damages as this Court deems just and proper.

Dated at Portland, Maine this 12th day of February, 2020.

4

/S/Robert W. Weaver
Robert W. Weaver, Esq., Maine Bar No. 4892


/S/Colton P. Gross
Colton P. Gross, Esq., Maine Bar No. 5958

Attorneys for Plaintiff ITM Realty, LLC


**Irwin & Morris**
183 Middle Street
P.O. Box 7030
Portland, Maine 04112
(207) 772-0303
rweaver@irwinmorris.com
cgross@irwinmorris.com